DUNKLE, Respondent, v. McALLISTER, Appellant. (Supreme Court, Appellate Division, Third Department. March 15, 1901.) Action by Daniel D. Dunkle against Charles A.

McAllister. No opinion. Appeal dismissed, on authority of In re Reddish, 47 App. Div. 187, 62 N. Y. Supp. 261, without costs to either party.